# EXHIBIT 1

# NOTICE OF COLLECTIVE ACTION LAWSUIT
*Medina v. Pro Oilfield Services, LLC f/k/a Maxx Oilfield Services, LLC*, No. 4:15-cv-1320
United States District Court for the Southern District of Texas

This notice contains important information about your rights under a federal law called the
Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA").

**You are receiving this notice because you are a current or former employee of Pro Oilfield Services, LLC f/k/a Maxx Oilfield Services, LLC ("Pro Oilfield") who worked for Pro Oilfield as a torque and test crew member in the United States within the past three years and were paid a salary plus one or more day rate payments.**

### What Is This about?
Plaintiffs Manuel Medina and Agustin Martinez ("Plaintiffs"), who were employed by Pro Oilfield as torque and test crew member have filed a lawsuit in federal court claiming that Pro Oilfield failed to properly pay overtime wages to its torque and test crew members in violation of the FLSA. Because you worked for Pro Oilfield as a torque and test crew member during the relevant time period, you are eligible to participate in the lawsuit.

Pro Oilfield disputes that its compensation practices violated any law. The Court has not decided who is right.

### What Are My Options?
You can make a claim for additional wages by completing, signing and returning the enclosed Consent to Join Form ("Consent Form"). If the Court finds in your favor or a settlement of this action is reached, you may receive additional wages and other money damages. If you join this lawsuit, you will be bound by the result of this case, whether it is favorable or unfavorable.

If you join this lawsuit, you may be required, with the assistance of the Plaintiffs' lawyers to participate in this litigation. The attorneys for Plaintiffs are being paid on a contingency fee basis. <u>You are not under any obligation to pay any attorneys' fees or costs.</u>

If you do not join, you will not be affected by any judgment or settlement rendered in this lawsuit. If you do not timely file any claim for unpaid overtime compensation that you have, however, your claim could be time-barred later because of the statute of limitations on FLSA claims.

### How Do I Join?
To join, you must mail, fax, or email your signed Consent Form so that it is postmarked by [90 *days from mailing of Notices*] to the following address:

**MEDINA V. PRO OILFIELD SERVICES, LLC
OVERTIME LITIGATION**
[ADDRESS]
[ADDRESS]
[PHONE]
[FAX]
[EMAIL]

### Can Defendant Retaliate Against Me?
No. It is against federal law for Pro Oilfield to retaliate against you for filing a claim to recover wages that you may be owed.

### Where Can I Get More Information?
You may contact Plaintiffs' attorneys for additional information:

Shanon J. Carson
Sarah R. Schalman-Bergen
Alexandra K. Piazza
Berger & Montague, P.C.
1622 Locust St., Philadelphia, PA 19103
Phone: (215) 875-3033
apiazza@bm.net

Jeremi K. Young
Rachael Rustmann
The Young Law Firm, P.C.
1001 S. Harrison, Suite 200**,** Amarillo, TX 79101
Phone: (806) 331-1800
stephanie@youngfirm.com

Josef F. Buenker
2030 N. Loop West, Suite 120, Houston, TX 77018
Phone: (713) 868-3388
jbuenker@buenkerlaw.com

**This is a Court-Approved Notice, Not an Advertisement from a Lawyer**.