# EXHIBIT A

DocuSign Envelope ID: A395EA77-694F-485F-B528-5ED8AB520C6A

# OPT-IN CONSENT FORM

*Medina v. Pro Oilfield Services, LLC f/k/a Maxx Oilfield Services, LLC*,
No.: 4:15-cv-1320 (S.D. Tex.)
Action for Unpaid Wages and Overtime Compensation against Pro Oilfield Services, LLC
United States District Court for the Southern District of Texas

**Complete And Mail (or Email) To:**
MEDINA V. PRO OILFIELD SERVICES, LLC
OVERTIME LITIGATION
Berger & Montague, PC
c/o Deanna Kemler
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-3033
Fax: 215-875-4604
dkemler@bm.net

| Name: (Please Print) | Justin Wade Burton | Date of Birth: | [redacted] |
|---|---|---|---|
| Address: | [redacted] | Phone No.: | [redacted] |
| | | Email: | [redacted] |

## CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. in connection with the above-referenced lawsuit.

2. I have worked for Pro Oilfield Services, LLC f/k/a Maxx Oilfield Services, LLC ("Defendant" or "Pro Oilfield Services, LLC") in (**location(s)/state(s)**) Shreveport, LA- Beeville, Tx from on or about (**dates(s)**) 06/2012 to on or about (**dates(s)**) 06/2015.

3. I was paid on a salary basis and received at least one day rate payment.

4. I have worked for Defendant in excess of 40 hours in at least one workweek and have not received any overtime compensation.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. I hereby agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

6. I specifically authorize the Plaintiffs and their attorneys, Berger & Montague, P.C., The Young Law Firm, P.C., and The Buenker Law Firm, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this case.

2/29/2016 (Date Signed)                    [Signature] (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: DFD988E0-B22A-4CA1-AE64-806A984984FB

# OPT-IN CONSENT FORM

*Medina v. Pro Oilfield Services, LLC f/k/a Maxx Oilfield Services, LLC*,
**No.: 4:15-cv-1320 (S.D. Tex.)**
Action for Unpaid Wages and Overtime Compensation against Pro Oilfield Services, LLC
United States District Court for the Southern District of Texas

**Complete And Mail (or Email) To:**
MEDINA V. PRO OILFIELD SERVICES, LLC
OVERTIME LITIGATION
Berger & Montague, PC
c/o Deanna Kemler
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-3033
Fax: 215-875-4604
dkemler@bm.net

| Name: (Please Print) | Aaron Colley | Date of Birth: | [redacted] |
| Address: | [redacted] | Phone No.: Email: | [redacted] |

## CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. in connection with the above-referenced lawsuit.

2. I have worked for Pro Oilfield Services, LLC f/k/a Maxx Oilfield Services, LLC ("Defendant" or "Pro Oilfield Services, LLC") in (**location(s)/state(s)**) Louisiana/Texas from on or about (**dates(s)**) August 2013 to on or about (**dates(s)**) August 2014.

3. I was paid on a salary basis and received at least one day rate payment.

4. I have worked for Defendant in excess of 40 hours in at least one workweek and have not received any overtime compensation.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. I hereby agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

6. I specifically authorize the Plaintiffs and their attorneys, Berger & Montague, P.C., The Young Law Firm, P.C., and The Buenker Law Firm, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this case.

| 2/29/2016 (Date Signed) | *Aaron Colley* (Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# OPT-IN CONSENT FORM
*Medina v. Pro Oilfield Services, LLC f/k/a Maxx Oilfield Services, LLC,*
No.: 4:15-cv-1320 (S.D. Tex.)
Action for Unpaid Wages and Overtime Compensation against Pro Oilfield Services, LLC
United States District Court for the Southern District of Texas

**Complete And Mail (or Email) To:**
MEDINA V. PRO OILFIELD SERVICES, LLC
OVERTIME LITIGATION
Berger & Montague, PC
Attn: Deanna Kemler
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-3033
Fax: 215-875-4604
dkemler@bm.net

REC'D MAR 3 2016

| Name: (Please Print) Frederick C Ebey III | Date of Birth: [redacted] |
|---|---|
| Address: [redacted] | Phone No. [redacted] Email: [redacted] |

## CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* in connection with the above-referenced lawsuit.

2. I have worked for Pro Oilfield Services, LLC f/k/a Maxx Oilfield Services, LLC ("Defendant" or "Pro Oilfield Services, LLC") in **(location(s)/state(s))** Beeville Texas from on or about **(dates(s))** 6-13 to on or about **(dates(s))** 12-13.

3. I was paid on a salary basis and received at least one day rate payment.

4. I have worked for Defendant in excess of 40 hours in at least one workweek and have not received any overtime compensation.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

6. I specifically authorize the Plaintiffs and their attorneys, Berger & Montague, P.C., The Young Law Firm, P.C., and The Buenker Law Firm, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this case.

| 2-22-16 (Date Signed) | Fred C Ebey III (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# OPT-IN CONSENT FORM
*Medina v. Pro Oilfield Services, LLC f/k/a Maxx Oilfield Services, LLC,*
No.: 4:15-cv-1320 (S.D. Tex.)
Action for Unpaid Wages and Overtime Compensation against Pro Oilfield Services, LLC
United States District Court for the Southern District of Texas

**Complete And Mail (or Email) To:**
MEDINA V. PRO OILFIELD SERVICES, LLC
OVERTIME LITIGATION
Berger & Montague, PC
Attn: Deanna Kemler
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-3033
Fax: 215-875-4604
dkemler@bm.net

REC'D MAR 3 2016

| Name: (Please Print) Jeremy Goodgion | Date of Birth: [redacted] |
|---|---|
| Address: [redacted] | Phone No.: [redacted] <br> Email: [redacted] |

## CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* in connection with the above-referenced lawsuit.

2. I have worked for Pro Oilfield Services, LLC f/k/a Maxx Oilfield Services, LLC ("Defendant" or "Pro Oilfield Services, LLC") in (location(s)/state(s)) Beeville, TX from on or about (dates(s)) Pro: 10/01/12    Maxx: 05/01/13 to on or about (dates(s)) Pro: 12/22/12    Maxx: 06/30/13.

3. I was paid on a salary basis and received at least one day rate payment.

4. I have worked for Defendant in excess of 40 hours in at least one workweek and have not received any overtime compensation.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

6. I specifically authorize the Plaintiffs and their attorneys, Berger & Montague, P.C., The Young Law Firm, P.C., and The Buenker Law Firm, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this case.

| 02/23/16 (Date Signed) | *Jeremy Goodgion* (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# OPT-IN CONSENT FORM
## *Medina v. Pro Oilfield Services, LLC f/k/a Maxx Oilfield Services, LLC,*
## No.: 4:15-cv-1320 (S.D. Tex.)
Action for Unpaid Wages and Overtime Compensation against Pro Oilfield Services, LLC
United States District Court for the Southern District of Texas

**Complete And Mail (or Email) To:**
MEDINA V. PRO OILFIELD SERVICES, LLC
OVERTIME LITIGATION
Berger & Montague, PC
Attn: Deanna Kemler
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-3033
Fax: 215-875-4604
dkemler@bm.net

REC'D FEB 2 9 2016

| Name: (Please Print) Justin Kernes | Date of Birth: [redacted] |
|---|---|
| Address: [redacted] | Phone No.: [redacted] |
| | Email: [redacted] |

## CONSENT TO JOIN COLLECTIVE ACTION

### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* in connection with the above-referenced lawsuit.

2. I have worked for Pro Oilfield Services, LLC f/k/a Maxx Oilfield Services, LLC ("Defendant" or "Pro Oilfield Services, LLC") in **(location(s)/state(s))** Beeville, TX/Shreveport, LA from on or about **(dates(s))** 2012 to on or about **(dates(s))** Jun 2015.

3. I was paid on a salary basis and received at least one day rate payment.

4. I have worked for Defendant in excess of 40 hours in at least one workweek and have not received any overtime compensation.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

6. I specifically authorize the Plaintiffs and their attorneys, Berger & Montague, P.C., The Young Law Firm, P.C., and The Buenker Law Firm, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this case.

| 2-22-2016 (Date Signed) | [Signature] (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

# OPT-IN CONSENT FORM
## *Medina v. Pro Oilfield Services, LLC f/k/a Maxx Oilfield Services, LLC,*
### No.: 4:15-cv-1320 (S.D. Tex.)
Action for Unpaid Wages and Overtime Compensation against Pro Oilfield Services, LLC
United States District Court for the Southern District of Texas

**Complete And Mail (or Email) To:**
MEDINA V. PRO OILFIELD SERVICES, LLC
OVERTIME LITIGATION
Berger & Montague, PC
Attn: Deanna Kemler
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-3033
Fax: 215-875-4604
dkemler@bm.net

REC'D FEB 29 2016

| Name: (Please Print) Juan Carlos Quintero | Date of Birth: [redacted] |
|---|---|
| Address: [redacted] | Phone No.: [redacted] <br> Email: [redacted] |

## CONSENT TO JOIN COLLECTIVE ACTION

### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* in connection with the above-referenced lawsuit.

2. I have worked for Pro Oilfield Services, LLC f/k/a Maxx Oilfield Services, LLC ("Defendant" or "Pro Oilfield Services, LLC") in **(location(s)/state(s))** TEXAS from on or about **(dates(s))** April 2013 to on or about **(dates(s))** Sept 2013.

3. I was paid on a salary basis and received at least one day rate payment.

4. I have worked for Defendant in excess of 40 hours in at least one workweek and have not received any overtime compensation.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

6. I specifically authorize the Plaintiffs and their attorneys, Berger & Montague, P.C., The Young Law Firm, P.C., and The Buenker Law Firm, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this case.

| 2-23-16 (Date Signed) | [Signature] |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**