IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MANUEL MEDINA, AUGUSTIN MARTINEZ, Individually and On Behalf of All Similarly Situated Persons, Plaintiffs, | § § § § § | |
| V. | § | Civil Action No. 4:15-cv-1320 |
| | § § | |
| PRO OILFIELD SERVICES, LLC f/k/a MAXX OILFIELD SERVICES, LLC Defendant. | § § § | JURY DEMANDED |

## JOINT NOTICE OF PRIOR RULING

Plaintiffs Manuel Medina and Augustin Martinez (collectively, the "Medina Plaintiffs") and Defendant Pro Oilfield Services LLC f/k/a Maxx Oilfield Services, LLC ("Defendant") (collectively "the Parties") file this Joint Notice of Prior Ruling to inform the court of its prior ruling on conditional class certification in this lawsuit, and respectfully show the Court as follows:

1. There are two related actions pending before this Court: the above-styled lawsuit (the "Medina Action") and *Aragon v. Pro Oilfield Services, LLC*, 4:15-cv-02734 (the "Aragon Action"). Counsel in each action is identical: counsel for the Medina Plaintiffs also represent the plaintiffs in the Aragon Action (collectively, the "Aragon Plaintiffs"), and counsel for Defendant in the Medina Action represents the same defendant in the Aragon Action.

2. On January 15, 2015, the Parties' counsel attended an initial pretrial and scheduling conference before this Court in the Aragon Action ("the Scheduling Conference"). At that time, the Medina Plaintiffs and the Aragon Plaintiffs each had a Motion for Conditional Certification pending. *See* Medina Action, Dkt. Entry No. 21 (filed January 14, 2016); Aragon Action, Dkt. Entry No. 21 (filed December 4, 2015).

1

3. At the Scheduling Conference, the Court took up the Aragon Plaintiffs' pending Motion for Conditional Certification. *See* Exhibit 1, Transcript of Scheduling Conference at 3:14–19, *Aragon v. Pro Oilfield Services, LLC*, 4:15-cv-02734 (Jan. 15, 2016). The Court granted in part and denied in part the Aragon Plaintiffs' Motion for Conditional Certification, and otherwise placed terms and conditions upon the relief sought by the Aragon Plaintiffs'. *See, e.g., id.* at 7:17–19 (granting a nationwide class); 7:20 – 8:1 (limiting the disclosure of social security number to only the last four digits); 8:10–13 (allowing disclosure of email addresses); 8:14 – 9:6 (denying posting of on-site notifications); 9:7 (denying gag order); 9:14–15 (allowing follow-up reminders); 9:15–17 (providing for a 60-day notice period).

4. Because the Aragon Action and the Medina Action are closely related, and the parties in each case are represented by the same respective counsel, near the end of the Scheduling Conference, the Court also considered and granted the Medina Plaintiffs' pending Motion for Conditional Certification "with the same changes in terms and conditions" as set forth with respect to the Aragon Action. *Id.* at 12:17–23.

5. Following the Scheduling Conference, the Parties complied with the ruling made by the Court at the Scheduling Conference with respect to conditional class certification in both the Medina and Aragon Actions. Further, in accordance with the Court's ruling on both Motions for Conditional Certification, the Parties conferred and agreed upon the content of the notice and consent to be sent to the putative classes in both the Medina and Aragon Actions. On February 19, 2016, Counsel for the Medina Plaintiffs and the Aragon Plaintiffs sent notice of each respective lawsuit to the relevant potential opt-in plaintiffs, and the notice period in both cases closed on April 19, 2016.

6. Since the close of the notice period, the Parties agreed to attend a mediation in an effort to resolve both the Aragon and Medina Actions. In anticipation of the mediation, which is scheduled

2

HOU 1860243

for August 30, 2016 in Houston, Texas, the Parties exchanged limited, informal discovery regarding a sample group of opt-ins from each respective class.

7. Recently, on August 10, 2016, the Court entered an Order granting the Medina Plaintiffs' Motion for Conditional Certification and to Facilitate Notice, as originally written, and the full relief sought therein (the "Recent Order"). Dkt. Entry No. 40. The Recent Order, however, does not account for the portion of the relief sought by the Medina Plaintiff's that was denied by the Court, or the terms and conditions the Court otherwise placed on the conditional class certification in the Medina Action. *Id.*

8. In an effort to avoid confusion, and to allow the Parties to proceed with their scheduled mediation, the Parties file this Joint Notice of Prior Ruling with the Court to notify the Court of its prior ruling regarding the Medina Plaintiffs' Motion for Conditional Certification, and to seek clarification regarding the effect of the Recent Order. Unless otherwise instructed by the Court, the Parties mutually agree to operate under the Court's original ruling regarding conditional class certification in the Medina Action made by the Court from the bench at the Scheduling Conference.

Respectfully submitted,

By: /s/ *Shanon J. Carson* (with permission)
Shanon J. Carson
Fed ID No. 2330781
Sarah R. Shalman-Bergen
Fed. ID No. 2330780
Alexandra K. Piazza
Fed. ID No. 2330782
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000 (Telephone)
(215) 875-4604 (Facsimile)
scarson@nm.net
sschalman-bergen@bm.net
apiazza@bm.net

3

        Jeremi K. Young
        State Bar No. 24013793
        The Young Law Firm PC
        1001 South Harrison, Suite 200
        Amarillo, Texas 79101
        (806) 331-1800 (Telephone)
        (806) 398-9095 (Facsimile)
        jyoung@youngfirm.com

        Josef F. Buenker
        State Bar No.: 03316860
        Southern District No.: 11498
        The Buenker Law Firm
        2030 North Loop West, Suite 120
        Houston, Texas 77018
        713-868-3388 (Telephone)
        713-683-9940 (Facsimile)
        jbuenker@buenkerlaw.com

and

By:   /s/ *J. Michael Rose*
       J. Michael Rose
       Texas Bar No.: 24041819
       Southern District No.: 36797
       600 Travis Street, Suite 2800
       Houston, Texas 77002
       713-226-1684 (Telephone)
       713-229-2626 (Facsimile)
       mrose@lockelord.com

       ATTORNEY-IN-CHARGE FOR DEFENDANT
       PRO OILFIELD SERVICES, LLC

OF COUNSEL:

SARA C. LONGTAIN
Texas State Bar No. 24052173
Southern District of Texas No. 891047
SCOTT W. KENDALL
Texas Bar No.: 24092618
Southern District No.: 2498007
LOCKE LORD LLP

2800 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
(713) 226-1346 (Telephone)
(713) 229-2581 (Facsimile)
slongtain@lockelord.com
skendall@lockelord.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2016, I filed a true and correct copy of the above and foregoing instrument with the Clerk of Court using the CM/ECF system of the District Court for the Southern District of Texas, which will send notification of such filing to all counsel of record

/s/ *Scott W. Kendall*_____  _____
Scott W. Kendall

HOU 1860243