United States District Court
Southern District of Texas
**ENTERED**
December 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MANUEL MEDINA, AGUSTIN MARTINEZ, Individually and On Behalf of All Similarly Situated Persons,<br>Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. 4:15-cv-1320 |
| PRO OILFIELD SERVICES, LLC, f/k/a MAXX OILFIELD SERVICES, LLC,<br>Defendant. | § | JURY DEMANDED |

AND

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON ARAGON, Individually and On Behalf of All Similarly Situated Persons,<br>Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. 4:15-cv-2734 |
| PRO OILFIELD SERVICES, LLC,<br>Defendant. | § | JURY TRIAL DEMANDED |

## AGREED ORDER GRANTING CONSOLIDATION

After considering the Joint Motion for Consolidation ("Motion") filed herein by the parties, the Court hereby GRANTS the Motion and ORDERS that the case of C.A. No. 4:15-cv-2734 is consolidated into the case of C.A. No. 4:15-cv-1320 for all purposes.

SIGNED and ENTERED on the 14th day of December, 2016.

_____
HONORABLE SIM LAKE,
UNITED STATES DISTRICT JUDGE