# EXHIBIT A

DocuSign Envelope ID: 9A1C5E4E-29DA-489A-8669-F5E5D0F24F19

# OPT-IN CONSENT FORM

*Aragon v. Pro Oilfield Services, LLC*, No.: 4:15-cv-02734 (S.D. Tex.)

Action for Unpaid Wages and Overtime Compensation against Pro Oilfield Services, LLC

United States District Court for the Southern District of Texas

**Complete And Mail (or Email) To:**
PRO OILFIELD SERVICES, LLC OVERTIME LITIGATION
Berger & Montague, PC
c/o Deanna Kemler
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-3033
Fax: 215-875-4604
dkemler@bm.net

Name: Ronald Gene DeBaun Jr.
(Please Print)

## CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* in connection with the above-referenced lawsuit.

2. I have worked for Pro Oilfield Services, LLC ("Defendant" or "Pro Oilfield Services, LLC") in **(location(s)/state(s))** Texas, Pennsylvania from on or about **(dates(s))** 08/2014 to on or about **(dates(s))** 04/2015.

3. I was paid on a salary basis and received at least one revenue bonus.

4. I have worked for Defendant in excess of 40 hours in at least one workweek and have not received any overtime compensation.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

6. I specifically authorize the Plaintiff and his attorneys, Berger & Montague, P.C., The Young Law Firm, and The Buenker Law Firm, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this case.

12/7/2016 (Date Signed)    /s/ (Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.