**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MANUEL MEDINA, AGUSTIN MARTINEZ, Individually and On Behalf of All Similarly Situated Persons,     Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. 4:15-cv-1320 |
| PRO OILFIELD SERVICES, LLC, f/k/a MAXX OILFIELD SERVICES, LLC,     Defendant. | § | JURY DEMANDED |

**AND**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON ARAGON, Individually and On Behalf of All Similarly Situated Persons,     Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. 4:15-cv-2734 |
| PRO OILFIELD SERVICES, LLC,     Defendant. | § | JURY TRIAL DEMANDED |

**JOINT MOTION TO FILE MOTION FOR**
**APPROVAL OF FLSA SETTLEMENT UNDER SEAL**

Plaintiffs Manuel Medina, Agustin Martinez and Jason Aragon ("Plaintiffs") and Defendant Pro Oilfield Services, LLC (collectively, the "Parties") have entered into a confidential settlement agreement, which will be filed under seal if the Court grants this Motion. The Parties have agreed to submit the Settlement Agreement and the Motion for Approval of FLSA Settlement under seal for the Court's in camera review.

In camera review is appropriate because without such confidentiality, there is an increased likelihood that Defendant would be exposed to further litigation (on claims that they

deny), thus depriving Defendant of a benefit which was the basis for the settlement bargain. There is also a public interest in confidentiality in that it encourages and facilitates settlement negotiations, thereby preserving the resources of the Court. No potential claimant is disadvantaged by such confidentiality. As there is no prejudice arising from in camera review but great prejudice should such review be denied, it should be permitted.

In accordance with the Parties' agreement, the Parties respectfully ask this Court to grant leave to file their Settlement Agreement and the Motion for Approval of FLSA Settlement under seal.

Respectfully submitted,

THE BUENKER LAW FIRM

By: */s/ Josef F. Buenker*
    Josef F. Buenker
    Tex. Bar No. 03316860
    S.D. Tex. No. 11498
    Vijay A. Pattisapu
    Tex. Bar No. 24083633
    S.D. Tex. No. 1829615
    2030 North Loop West, Suite 120
    Houston, Texas 77018
    Phone: (713) 868-3388
    Fax: (713) 683-9940
    jbuenker@buenkerlaw.com
    vijay@buenkerlaw.com

YOUNG & NEWSOM, P.C.

By: */s/ Jeremi K. Young*
    Jeremi K. Young
    Tex. Bar No. 24013793
    Timothy D. Newsom
    Tex. Bar No. 00784677
    Collin J. Wynne
    Tex. Bar No. 24068815
    1001 S. Harrison, Suite 200
    Amarillo, Texas 79101

Phone: (806) 331-1800
Fax: (806) 398-9095
jyoung@youngfirm.com
collinwynne@yahoo.com
tim@youngfirm.com


BERGER MONTAGUE, P.C.

By: */s/ Sarah R. Schalman-Bergen*
    Sarah R. Schalman-Bergen
    Fed. ID No. 2330780
    Shanon J. Carson
    Fed. ID No. 2330781
    Alexandra K. Piazza
    Fed. ID No. 2330782
    1622 Locust Street
    Philadelphia, Pennsylvania 19103
    Phone: (215) 875-3000
    Fax: (215) 875-4604
    sschalman-bergen@bm.net
    scarson@bm.net
    apiazza@bm.net

**ATTORNEYS FOR PLAINTIFFS**

By: */s/ J. Michael Rose*
    J. Michael Rose
    Texas Bar No.: 24041819
    Southern District No.: 36797
    600 Travis Street, Suite 2800
    Houston, Texas 77002
    713-226-1684 (Telephone)
    713-229-2626 (Facsimile)
    mrose@lockelord.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT
PRO OILFIELD SERVICES, LLC**

OF COUNSEL:

LOCKE LORD LLP

SARA C. LONGTAIN
Texas State Bar No. 24052173
Southern District of Texas No. 891047
SCOTT W. KENDALL
Texas Bar No.: 24092618
Southern District No.: 2498007
LOCKE LORD LLP
2800 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
(713) 226-1346 (Telephone)
(713) 229-2581 (Facsimile)
slongtain@lockelord.com
skendall@lockelord.com