IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MANUEL MEDINA, AGUSTIN MARTINEZ, Individually and On Behalf of All Similarly Situated Persons,<br>    Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. 4:15-cv-1320 |
| PRO OILFIELD SERVICES, LLC, f/k/a MAXX OILFIELD SERVICES, LLC,<br>    Defendant. | § | JURY DEMANDED |

**AND**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON ARAGON, Individually and On Behalf of All Similarly Situated Persons,<br>    Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. 4:15-cv-2734 |
| PRO OILFIELD SERVICES, LLC,<br>    Defendant. | § | JURY TRIAL DEMANDED |

## ORDER APPROVING SETTLEMENT AND DISMISSING LAWSUIT

Before the Court is the parties' Joint Motion for Approval of FLSA Settlement and For Entry of Conditional Dismissal Order. The Court has reviewed the terms of the settlement, the pleadings in this case, and the issues presented therein and (1) approves the settlement, including all of the terms set forth in the Settlement Agreement; and (2) hereby enters a conditional order of dismissal for a period of 180 days. In the event the settlement obligations are not fulfilled within 180 days, any party may move for reinstatement/re-opening of this matter.

Signed this 13th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE